# MEMORANDUM DECISIONS.

ANTISDEL v. CHICAGO HOTEL CABINET CO. (Circuit Court of Appeals, Seventh Circuit. December 1, 1898.) No. 498. On petition for rehearing. For former opinion, see 32 C. C. A. 216, 89 Fed. 308.

PER CURIAM. It is now here ordered that, in lieu of the words "dismiss the bill," there be inserted in the opinion the words "proceed in accordance with this opinion"; and in the decree of this court there be inserted, in lieu of the words "dismiss the bill," the words "proceed in accordance with the opinion of this court"; and it is further ordered that the petition for rehearing in this cause be, and the same is hereby, denied.